### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LINDA A. LAXEY,** | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. RWT 15cv2949 |
| **CBM ONE, LLC,** *et al.* | * | |
| *Defendants*. | * | |

### MEMORANDUM AND ORDER

On February 25, 2016, the Court signed an order dismissing Marriott International Hotel and granting the Plaintiff fourteen days "from the date of this Order to file a Motion for Leave to Amend Complaint." ECF No.18, docketed February 26, 2016. It appears that the Plaintiff has instead filed an amended complaint without filing a motion requesting leave to do so. ECF No. 21. This is directly contrary to the order, as well as the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 15(a)(2).

Accordingly, it is, this 24th day of March, 2016, by the United States District Court for the District of Maryland

**ORDERED**, that the Amended Complaint [ECF No. 21] is **STRICKEN for being filed without leave of the court**; and it is further

**ORDERED**, that Plaintiff **SHALL FILE within five (5) days of the date of this Order** a Motion for Leave to File Late a Motion for Leave to File an Amended Complaint, which shall include a Proposed Motion for Leave to File an Amended Complaint; and it is further

**ORDERED**, that Plaintiff **SHALL SHOW CAUSE within five (5) days of the date of this Order** why the Complaint should not be dismissed with prejudice for failure to file a motion

for leave to file an amended complaint as directed in this Court's order of February 25, filed February 26, 2016; and it is further

**ORDERED**, that both filings **SHALL BE ACCOMPANIED** by memoranda giving substantial reasons for the relief requested and good and sufficient reasons for failure to follow orders of this Court.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE